

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     *Helen Mayfield v. Richard Worthen and Comerica Bank*

Appellate case number:     01-20-00669-CV

Trial court case number:     2019-70163

Trial court:          157th District Court of Harris County

      It is ordered that the motion for en banc reconsideration is **DENIED**.

Judge's signature:          /s/ Veronica Rivas-Molloy
                        Acting for the Court

The en banc court consists of Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date:  December 21, 2021